received by Defendants traceable to indirect purcahses for the Subject Drugs by Plaintiffs' Assignors. Plaintiffs have no adequate remedy at law.

## JURY DEMAND

Plaintiffs demand a trial by jury of all issues so triable in this cause.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for the following relief:

a. Enter a judgment against Defendants for the violations alleged herein;

b. Award to Plaintiffs actual damages incurred as a result of the wrongful acts complained of herein, along with pre-judgment and post-judgment interest at the maximum rate allowed by law;

c. Award statutory damages set forth herein under the statutory claims alleged;

d. Award Plaintiffs the costs of this action, including reasonable attorneys' fees;

e. Grant Plaintiffs such other and further relief as the Court deems just and proper.

DATED: December 16, 2019                Respectfully submitted by,


/s/ Christopher L. Coffin
Christopher L. Coffin (CT #30759)
Tracy L. Turner (to be admitted *pro hac vice*)
Anna K. Higgins (to be admitted *pro hac vice*)
PENDLEY, BAUDIN & COFFIN, LLP
1100 Poydras Street, Suite 2505
New Orleans, LA 70163
Phone: (504) 355-0086
Fax: (504) 355-0089
ccoffin@pbclawfirm.com
tturner@pbclawfirm.com
ahiggins@pbclawfirm.com
**Attorneys for Plaintiffs**