# EXHIBIT A

| Generic Drug | Specific allegations as to formulation(s) and/or dosage(s) | Named generic manufacturer defendants |
|---|---|---|
| Albuterol | Tablet: 2, 4 mg | Mylan, Sun |
| Amitriptyline | Tablet: 10, 25, 50, 75, 100, 150 mg | Mylan, Par, Sandoz |
| Baclofen | Tablet: 10, 20 mg | Lannett, Par, Teva, Upsher-Smith |
| Benazepril hydrochlorothiazide | Tablet: 10-12.5, 20-12.5, 20-25 mg | Mylan, Sandoz |
| Clobetasol | Cream: .05% (15, 30, 45, 60 gm)<br>Ointment: .05% (15, 30, 45, 60 gm)<br>Gel: .05% (15, 30, 60 gm)<br>Emollient cream: .05% (14, 30, 60 gm)<br>Solution: .05% (15, 50 mL) | Actavis, Akorn, Fougera, Hi-Tech, Morton Grove, Perrigo, Sandoz, Taro, Wockhardt |
| Clomipramine | Capsule: 25, 50, 75 mg | Mylan, Sandoz, Taro |
| Desonide | Cream: .05% (15, 60 mg)<br>Ointment: .05% (15, 60 mg) | Actavis, Fougera, Perrigo, Sandoz, Taro |
| Digoxin | Tablet: .125, .25 mg | Impax, Lannett, Mylan, Par, West-Ward |
| Divalproex | ER tablet: 250, 500 mg | Dr. Reddy's, Mylan, Par, Zydus |
| Econazole | Cream: 1% (15, 30, 85 gm) | Perrigo, Taro, Teligent |
| Fluocinonide | Cream: .05% (15, 30, 60 gm)<br>Ointment: 15, 30, 60 gm<br>Emollient cream: 15, 30, 60 gm<br>Gel: 60 gm | Actavis, Taro, Teva |
| Levothyroxine | Tablet: .025, .05, .075, .088, .1, .112, .125, .137, .15, .175, .2, .3 mg | Lannett, Mylan, Sandoz |
| Lidocaine-prilocaine | Cream: 2.5-2.5%, 30 gm | Akorn, Fougera, Hi-Tech, Impax, Sandoz |
| Pravastatin | Tablet: 10, 20, 40, 80 mg | Apotex, Glenmark, Lupin, Teva, Zydus |
| Propranolol | Capsule: 60, 80, 120, 160 mg<br>Tablet: 10, 20, 40, 60, 80 mg | Actavis, Breckenridge, Heritage, Mylan, Par, Teva, and Upsher-Smith |
| Ursodiol | Capsule: 300 mg | Actavis, Lannett, Epic |