# EXHIBIT C

# ASSIGNMENT

THIS ASSIGNMENT, given and effective March 20, 2018, the Effective Date, by the **Assignor, Connecticare, Inc.,** a Connecticut corporation and Medicare Advantage Organization, in favor of the **Assignees, Series 15-09-157, a designated series of MSP Recovery Claims, Series LLC,** a Delaware series limited liability company and its affiliated entity **MSP Recovery, LLC**, a Florida limited liability company (collectively the "Assignee")

WHEREAS**,** Assignor is a Health Maintenance Organization, and Preferred Provider Organization, and/or other health insurance provider, and is duly authorized by state or federal law, or other administrative or licensing agencies (by and through contract ID number H3528, entered into with the Centers for Medicare and Medicaid Services [CMS], including all exhibits, attachments, addenda and amendments thereto, which contract(s) is/are in full force and effect) to engage in health insurance business, which includes issuing health insurance plans that provide payment for certain covered medical and health care services and/or supplies including medications, treatment or other procedures ("**Health Care Services**") rendered to persons enrolled in Medicare and Medicare Advantage programs (jointly referred to herein as "**Medicare**"); and

WHEREAS**,** Assignor has certain legal and equitable rights to seek reimbursement and/or recover payments from primary payers and any other party or entity that may be responsible to Assignor directly or through rights conferred on the Assignor pursuant to state and/or federal law pertaining to beneficiaries, for Health Care Services provided to Assignor's Medicare (as defined above) enrollees arising under state and/or federal laws, including common law subrogation theories, that provide for the reimbursement of payments made by the Assignor for such Medicare services, whether under Parts A, B and D of the Medicare Act, including pursuant to a Medicare Advantage Plan, including the right to recover claims for Medicare Health Care Services that are billed on a fee for service basis and all outstanding liens, potential liens, lien rights and subrogation recovery rights, legal or equitable, in favor of Assignor, including in any litigation, such as but not limited to mass tort actions, class actions and multi-district litigation for which a primary payer has demonstrated responsibility, all of the forgoing defined as the "**Medicare Recovery Claims;**" and

WHEREAS, Assignee has expertise in analyzing Medicare claims, identifying primary payers and recovering costs or claims for Medicare Health Care Services paid by or on behalf of Assignor for which Assignor was not or should not have been the primary payer; and

WHEREAS, Assignor confirms its assignment and intent to assign to Assignee as of the Effective Date all right, title, interest in and ownership of Medicare Recovery Claims [excluding Medicare Recovery Claims that can be asserted against Assignor's members, enrollees and/or contracted providers, and excluding Medicare Recovery Claims that, as of the Effective Date, have been assigned to and/or are being pursued by other recovery vendors, such excluded claims referred to as the "Assignor Retained Claims"] related to Medicare Health Care Services that were rendered and paid for by Assignor during the six (6) year period beginning September 29, 2011 and ending September 29, 2017 (hereinafter, such Medicare Recovery Claims shall be referred to as the "**Assigned Medicare Recovery Claims**").

NOW THEREFORE**,** in consideration of the execution and delivery of this Assignment and the mutual promises between Assignor and Assignee, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignor hereby irrevocably assigns, transfers, conveys, sets over and delivers to Assignee, and any of its successors and assigns, any and all of Assignor's right, title, ownership and interest in and to all Assigned Medicare Recovery Claims, whether based in contract, tort, statutory right, and any and all rights (including, but not limited to, subrogation) to pursue and/or recover monies that Assignor had, may have had, or has asserted against any party in connection with the Assigned Medicare Recovery Claims and all rights and claims against primary payers and/or, subject to the definition of Assigned Medicare Recovery Claims, third parties that may be liable to Assignor arising from or relating to the Assigned Medicare Recovery Claims, including claims under consumer protection statutes and laws, and all information relating thereto, as may be applicable. This Assignment includes all of Assignor's right, title and interest in and to the Assignor's any legal or equitable actions, rights, causes of action or lawsuits of any nature whatsoever, arising out of or in connection with the Assigned Medicare Recovery Claims. As stated herein, excluded from the Assigned Medicare Recovery Claims are claims that Assignor may have against its members, enrollees, and/or contracted providers, regardless of the nature of the claims, or claims that are currently being pursued by other vendors pursuant to a contract with Assignor, i.e., the Assignor Retained Claims.

The transfer, grant, right, or assignment of any and all of Assignor's right, title, ownership, interest and entitlements in and to the Assigned Medicare Recovery Claims shall remain the confidential and exclusive property of Assignee or its assigns. This assignment is irrevocable and absolute.

IN WITNESS WHEREOF, this Assignment is executed on the date set forth below and Assignor confirms that it is to be deemed effective, nunc pro tunc, on March 20, 2018.

**Connecticare, Inc.**

Sign: _____

Print: Mark Porter

Title: Vice President and Chief Financial
        Officer

Date: _____July 30, 2018_____

Assignment - Connecticare

2

## ASSIGNMENT

Assignor: **MSP RECOVERY, LLC**
Assignee: **Series 15-09-157, a series of MSP Recovery Claims, Series LLC**
Effective Date of this Assignment: April 4, 2018.

On March 20, 2018, and effective on said date, a Confidential Purchase Agreement was entered into by, between and among Connecticare, Inc., a Connecticut corporation and Medicare Advantage Organization, as seller/assignor, on the one hand, and Series 15-09-157, a designated series of MSP Recovery Claims, Series LLC, a Delaware series limited liability company, and MSP Recovery, LLC, a Florida limited liability company, collectively as purchaser/assignee, on the other hand (the "Assignment Agreement").

KNOW ALL MEN BY THESE PRESENTS, that **MSP Recovery, LLC** ("Assignor"), for and in ███████████████████████████ and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, hereby irrevocably assigns, sells, transfers, conveys, sets over and delivers to **Series 15-09-157, a designated series of MSP Recovery Claims, Series LLC**, a Delaware series limited liability company ("Assignee"), and its successors and assigns, any and all of Assignor's right, title, ownership and interest in and to all assigned Subject Medicare Recovery Claims, inclusive of any and all claim(s), causes of actions, proceeds, products and distributions of any kind, in respect thereof, whether based in contract, tort, statutory right, and any and all rights (including, but not limited to, subrogation) to pursue and/or recover monies that Assignor had, may have had, or has asserted against any party pursuant to the Assignment Agreement and in connection with the assigned Subject Medicare Recovery Claims and all rights and claims against primary payers and/or, third parties that may be liable to Assignor arising from or relating to the assigned Subject Medicare Recovery Claims, including claims under consumer protection statutes and laws, and all information relating thereto, as may be applicable as such terms may be defined in the March 20, 2018 Assignment Agreement, irrespective of when the claims were vested. The transfer, grant, right, or assignment of any and all of right, title, ownership, interest and entitlements in and to the Assignment Agreement shall remain the confidential and exclusive property of **Series 15-09-157, a designated series of MSP Recovery Claims, Series LLC**, a Delaware Series Limited Liability Company, or its assigns. Assignor's intent is to transfer any and all rights title and interest that MSP Recovery LLC obtained as an assignee in the March 20, 2018 Assignment Agreement.

This Assignment and the rights of the parties hereunder shall be interpreted in accordance with the laws of the State of Florida, and all rights and remedies shall be governed by such laws without regard to principles of conflict of law.

*SIGNATURE PAGE FOLLOWS*

Assignor: MSP RECOVERY, LLC.

BY: JOCRAL FAMILY LIMITED LIABILITY LIMITED PARTNERSHIP
a Florida limited liability limited partnership
Its Manager

By: Mayra C. Ruiz Revocable Living Trust, general partner

By: _____
Name: Mayra C. Ruiz
Title: Trustee

By: John H. Ruiz Revocable Living Trust, general partner

By: _____
Name: John H. Ruiz
Title: Trustee