# EXHIBIT F

**SUMMARY OF DEFENDANTS' TRADE ASSOCIATION ATTENDANCE AND OPPORTUNITIES TO COLLUDE**

| Date | Trade Association Event | Location | Defendants in Attendance |
|---|---|---|---|
| June 5-8, 2011 | HDMA Business and Leadership Conference | Phoenix, AZ | Apotex, Fougera, Lupin, Mylan, Upsher-Smith |
| Oct. 1-3, 2012 | GPhA Technical Conference | Bethesda, MD | Actavis, Akorn, Apotex, Breckenridge, Dr. Reddy's, Glenmark, Heritage, Impax, Lannett, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, Upsher-Smith |
| Feb. 20-22, 2013 | GPhA Annual Meeting | Orlando, FL | Actavis, Akorn, Apotex, Breckenridge, Dr. Reddy's, Glenmark, Heritage, Impax, Lupin, Mylan, Par, Perrigo, Sandoz, Sun (through Caraco), Taro, Teligent, Teva, Wockhardt, Zydus |
| Feb. 24-2017, 2013 | ECRM Retail Pharmacy Generic Pharmaceuticals Conference | Dallas, TX | Actavis, Apotex, Dr. Reddy's, Heritage, Par, Perrigo, Sandoz, Sun, Taro, Teligent, West-Ward, Zydus |
| Apr. 20-23, 2013 | NACDS 2013 Annual Meeting | Palm Beach, FL | Apotex, Dr. Reddy's, Glenmark, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, Zydus |
| June 2-5, 2013 | HDMA 2013 Business and Leadership Conference | Orlando, FL | Actavis, Apotex, Breckenridge, Dr. Reddy's, Glenmark, Heritage, Lannett, Lupin, Mylan, Par, Sandoz, Sun, Teva, Upsher-Smith, West-Ward, Wockhardt, Zydus |
| June 4-5, 2013 | GPhA Chemistry, Manufacturing and Controls Workshop | Bethesda, MD | Actavis, Apotex, Breckenridge, Dr. Reddy's, Fougera, Glenmark, Heritage, Hi-Tech, Impax, Lannett, Morton Grove, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, Upsher-Smith, Zydus |
| Aug. 10-13, 2013 | NACDS 2013 Total Store Expo | Las Vegas, NV | Actavis, Apotex, Dr. Reddy's, Glenmark, Heritage, Lannett, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, West-Ward, Zydus |
| Sept. 29 – Oct. 2, 2013 | HDMA 2013 Annual Board and Membership Meeting | White Sulphur Springs, WV | Apotex, Mylan, Teva |

| Date | Trade Association Event | Location | Defendants in Attendance |
|---|---|---|---|
| Oct. 28-30, 2013 | GPhA Technical Conference | North Bethesda, MD | Actavis, Akorn, Apotex, Breckenridge, Dr. Reddy's, Fougera, Glenmark, Heritage, Hi-Tech, Impax, Lannett, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teligent, Teva, Upsher-Smith, Wockhardt, Zydus |
| Feb. 19-21, 2014 | GPhA Annual Meeting | Orlando, FL | Actavis, Apotex, Breckenridge, Dr. Reddy's, Epic, Heritage, Hi-Tech, Impax, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teligent, Teva, Upsher-Smith, Wockhardt, Zydus |
| Feb. 23-26, 2014 | ECRM Retail Pharmacy Efficient Program Planning Session | Amelia Island, FL | Actavis, Apotex, Dr. Reddy's, Heritage, Lannett, Par, Perrigo, Sandoz, Sun, Teligent, Taro, West-Ward, Zydus |
| Mar. 9-12, 2014 | HDMA Distribution Management Conference and Technology Expo | Palm Dessert, CA | Actavis, Mylan, Par, Taro, Teva, and Upsher-Smith |
| Apr. 1, 2014 | HDMA Sixth Annual CEO Roundtable Fundraiser | New York, NY | Actavis, Apotex, Mylan, Par, Sandoz, Teva |
| Apr. 26-29, 2014 | NACDS 2014 Annual Meeting | Scottsdale, AZ | Actavis, Apotex, Dr. Reddy's, Glenmark, Heritage, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, Zydus |
| May 12-15, 2014 | MMCAP 2014 National Member Conference | Bloomington, MN | Actavis, Apotex, Heritage, Lannett, Mylan, Par, Perrigo, Teva, West-Ward |
| June 1-4, 2014 | HDMA 2014 Business and Leadership Conference | Phoenix, AZ | Actavis, Apotex, Breckenridge, Dr. Reddy's, Glenmark, Lannett, Lupin, Mylan, Par, Sandoz, Sun, Taro, Teva, Upsher-Smith, West-Ward, Wockhardt, Zydus |

| Date | Trade Association Event | Location | Defendants in Attendance |
|---|---|---|---|
| June 3-4, 2014 | GPhA CMC Workshop | Bethesda, MD | Actavis, Apotex, Dr. Reddy's, Fougera, Glenmark, Heritage, Hi-Tech, Impax, Lannett, Lupin, Morton Grove, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teligent, Teva, Upsher-Smith, Zydus |
| Aug. 23-26, 2014 | NACDS 2014 Total Store Expo | Boston, MA | Actavis, Akorn, Apotex, Dr. Reddy's, Glenmark, Hi-Tech, Impax, Lannett, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, West-Ward, Wockhardt, Zydus |
| Sept. 16-18, 2014 | LogiPha Supply Chain Conference | Princeton, NJ | Actavis, Perrigo, Sandoz |
| Sept. 27 – Oct. 1, 2014 | HDMA Annual Board and Membership Meeting | Laguna Beach, CA | Actavis, Apotex, Mylan, Perrigo, Taro, Teva, Zydus |
| Oct. 27-29, 2014 | GPhA Fall Technical Conference | Bethesda, MD | Actavis, Apotex, Breckenridge, Dr. Reddy's, Fougera, Glenmark, Heritage, Impax, Lannett, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teligent, Upsher-Smith, West-Ward, Wockhardt, Zydus |
| Feb. 9-11, 2015 | GPhA Annual Meeting | Miami Beach, FL | Actavis, Akorn, Apotex, Breckenridge, Dr. Reddy's, Epic, Glenmark, Heritage, Impax, Lupin, Mylan, Par, Perrigo, Sandoz, Taro, Teligent, Teva, Upsher-Smith, West-Ward, Wockhardt, Zydus |
| Feb. 16-18, 2015 | HSCA National Pharmacy Forum | Tampa, FL | Actavis, Mylan, Teva, West-Ward |
| Feb. 22-25, 2015 | ECRM 2015 Retail Pharmacy Efficient Program Planning Session | Destin, FL | Actavis, Akorn, Apotex, Dr. Reddy's, Epic, Heritage, Impax, Lannett, Lupin, Par, Perrigo, Sandoz, Taro, Teligent, Teva, Upsher-Smith, West-Ward, Wockhardt, Zydus |

| Date | Trade Association Event | Location | Defendants in Attendance |
|---|---|---|---|
| Mar. 8-11, 2015 | HDMA Annual Distribution Management Conference and Expo | Orlando, FL | Actavis, Apotex, Breckenridge, Dr. Reddy's, Mylan, Par, Taro, Teva, Upsher-Smith |
| Apr. 14, 2015 | HDMA Annual CEO Roundtable Fundraiser | New York, NY | Actavis, Apotex, Glenmark, Lupin, Mylan, Par, Sandoz, Sun, Teva, Zydus |
| Apr. 25-28, 2015 | NACDS 2015 Annual Meeting | Palm Beach, FL | Apotex, Dr. Reddy's, Glenmark, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, West-Ward, Zydus |
| June 7-10, 2015 | HDMA 2015 Business and Leadership Conference | San Antonio, TX | Actavis, Apotex, Breckenridge, Dr. Reddy's, Glenmark, Heritage, Impax, Lannett, Lupin, Mylan, Par, Sandoz, Sun, Teva, Upsher-Smith, West-Ward, Wockhardt, Zydus |
| June 9-10, 2015 | GPhA Meeting | North Bethesda, MD | Actavis, Apotex, Dr. Reddy's, Fougera, Glenmark, Heritage, Impax, Lannett, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, Upsher-Smith, West-Ward, Wockhardt, Zydus |
| Aug. 22-25, 2015 | NACDS Total Store Expo | Denver, CO | Actavis, Akor, Apotex, Glenmark, Impax, Lannett, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, West-Ward, Wockhardt, Zydus |
| Sept. 27-29, 2015 | HDMA 2015 Annual Board and Membership Meeting | Laguna Beach, CA | Apotex, Mylan, Perrigo, Taro, Teligent, Teva, |
| Nov. 2-4, 2015 | GPhA Fall Technical Meeting | North Bethesda, MD | Heritage, Perrigo, Taro, Teligent |
| Mar. 6-9, 2016 | HDMA Distribution Management Conference and Expo | San Antonio, TX | Apotex, Breckenridge, Dr. Reddy's, Impax, Glenmark, Mylan, Par, Perrigo, Teva, Upsher-Smith |
| Apr. 11-14, 2016 | MMCAP 2016 National Member Conference | Minneapolis, MN | Mylan, Perrigo, Sandoz, Teva, West-Ward |

| Apr. 12, 2016 | HMDA Annual Roundtable Fundraiser | New York, NY | Apotex, Glenmark, Impax, Lannett, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, West-Ward, Zydus |

| Date | Trade Association Event | Location | Defendants in Attendance |
|---|---|---|---|
| Apr. 16-19, 2016 | NACDS 2016 Annual Meeting | Palm Beach, FL | Apotex, Dr. Reddy's, Glenmark, Impax, Lannett, Lupin, Mylan, Par, Perrigo, Sandoz, Sun, Taro, Teva, West-Ward, Zydus |
| June 12-15, 2016 | HDMA 2016 Business and Leadership Conference | Colorado Springs, CO | Apotex, Dr. Reddy's, Glenmark, Heritage, Impax, Lannett, Mylan, Par, Sandoz, Sun, Teva, West-Ward, Zydus |
| Aug. 6-9, 2016 | NACDS 2016 Total Store Expo | Boston, MA | Apotex, Dr. Reddy's, Glenmark, Impax, Lannett, Lupin, Mylan, Par, Sandoz, Sun, Teva, West-Ward, Zydus |
| Sept. 25-28, 2016 | HDMA 2016 Annual Board and Membership Meeting | Sulphur Springs, WV | Apotex, Mylan, Teva, Zydus |